UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JOSHUA DARRELL LOWE,
                              **INDICTMENT**
        Defendant.
_____/

The Grand Jury charges:

**False Information and Hoaxes**

On or about January 22, 2024, in Muskegon County, in the Western District of Michigan, Southern Division,

**JOSHUA DARRELL LOWE**

intentionally conveyed false and misleading information, that is, that there might be a bomb on a cruise ship, under such circumstances where such information may reasonably have been believed, that indicated that an activity was taking and would take place, that would constitute a violation of Title 18, United States Code, Chapter 40 (Explosive Materials), specifically, a violation of 18 U.S.C. § 844(i) (malicious damage or destruction by means of explosives); and Chapter 113B (Terrorism), specifically, a violation of 18 U.S.C. § 2332f(a)(1) (bombings of places of public use).

Specifically, the defendant sent an e-mail to Carnival Cruise Lines stating, "Hey, I think someone might have a bomb on your sunrise cruise ship" after the Carnival Sunrise cruise ship departed from Miami, Florida with a full complement of passengers and crew. As a result of the false and misleading information, a full ship search was conducted (including visually checking

more than a thousand guest cabins), and the ship was escorted into its next port of call by the

Jamaican Marine Police.

18 U.S.C. § 1038(a)(1)
18 U.S.C. § 1038(a)(1)(A)

                                          A TRUE BILL

                            [ /s/ Redacted ]
                            GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

*[signature]*

NILS R. KESSLER
Assistant United States Attorney